IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CHRISTOPHER GARDUNO,
      a/k/a "Gardiz",
2.  SEFERINO ESTRADA,
      a/k/a "Sefi",
4.  GARRY GALLEGOS, JR.,
      a/k/a "Glinky",
5.  VANESSA GALLEGOS,
6.  JUAN GARCIA,
7.  MIRAMON GARDUNO,
      a/k/a "Mon",
8.  EILEEN GIERBOLINI,
9.  ANTHONY LOPEZ,
      a/k/a "T-Money",
10. ADAM LUCERO,
      a/k/a "Gadam",
11. RUDOLPH MAESTAS,
      a/k/a "Andre",
12. ERIKA McGEE,
      a/k/a "Anjelica Juarez",
13. MANUELITA RAMIREZ,
14. SANTOS RIVERA-MENDEZ,
      a/k/a "Joe",
15. STEVEN SABEL,
      a/k/a "Fraggle",
16. DAVID SANDOVAL,
      a/k/a "Mouse",
17. JELAN SMITH,

18. SANDRA TAVAREZ,
19. MONIQUE TORRES,
20. THERESA TORRES,
21. MANUEL TRUJILLO,
         a/k/a "Manny",
22. VICTOR VALDEZ,
         a/k/a "Vic",
23. GUADALUPE VILLANUEVA,

         Defendants.

---

## ORDER

---

This matter comes before the court on the "Motion to Continue Trial Date, Motions

Hearing and Motions Deadline" (#419) filed by Christopher Garduno on February 7, 2006.  Upon

review and consideration of the motion, it is

**ORDERED** as follows:

1.      The motion is hereby set for hearing commencing at **6:30 o'clock a.m.** on

Thursday, **February 23, 2006**, in Courtroom A1001.

2.      For the purpose of doing any schedule tweaking occasioned by any ruling on the

motion, all counsel will be present unless excused in writing for good cause shown.  Any dates set

will be firm — they will not be changed to accommodate the schedule of any absent counsel.

3.      Upon the finding that this conference is a conference or hearing on a legal question

encompassed by Fed. R. Crim. P. 43(b)(3), no defendant's presence is required.  If any defendant

disagrees or wishes to attend, that defendant should file a notice with the court by 5:00 o'clock

p.m. on Tuesday, February 21, 2006.

Dated this 17th day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge