# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CHRISTOPHER GARDUNO ) | Case No: 05-cr-00374-EWN-01 |
| a/k/a "Gardiz" ) | USM No: 33757-013 |
| Date of Previous Judgment: August 7, 2006 ) | James A. Castle, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   131 months   **is reduced to**   105 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   August 7, 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   July 10, 2008              s/ Edward W. Nottingham
                                                                              Judge's signature

Effective Date: _____         Edward W. Nottingham, Chief U.S. District Judge
    (if different from order date)                                  Printed name and title