IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 05-cr-00374-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER GARDUNO,

    Defendant.

___

**ORDER**
___

    This matter comes before the Court on defendant's Unopposed 18 U.S.C. § 3582(c)(2) Motion to Reduce Sentence, Joint Position Statement Regarding Eligibility and Relief, and Request for Consideration on November 1, 2011 [Docket No. 1360]. Upon review of such motion, it is

    ORDERED that the Probation Department shall prepare and file an addendum to the defendant's presentence investigation report on or before November 15, 2011 which includes new guideline calculations; a review of factors pursuant to 18 U.S.C. § 3553(a), as consistent with 18 U.S.C. § 3582(c), including public safety factors and post-sentencing conduct; and a sentencing recommendation.

    DATED October 31, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge